IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN HOCK,
    *Plaintiff*,

v.

DEPARTMENT OF HUMAN SERVS. et al.
    *Defendants*.

CIVIL ACTION
NO.: 16-6438

# ORDER

**AND NOW**, this 2nd day of April, 2019, upon consideration of Plaintiff's Petition for Leave to Settle or Compromise a Minor's Action (ECF No. 44) and review of the Report and Recommendation of the Honorable Lynne A. Sitarski, United States Magistrate Judge (ECF No. 46), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

2. Plaintiff's Petition for Leave to Settle or Compromise a Minor's Action (ECF No. 44), is **GRANTED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.

---

[1] As no objections were filed to the Report and Recommendation in accordance with Local Rule 72.1(IV)(b), the Court reviewed the Report and Recommendation for plain error or manifest injustice. *See Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987)*; see also Harper v. Sullivan*, No. 89-4272, 1991 WL 24908, at *1 n.3 (E.D. Pa. Feb. 22, 1991).